UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- x
GREG EGAN AND PAUL TAVOLILLA, on
behalf of themselves, individually, and on
behalf of all others similarly situated,

                       Plaintiff,

     - against -                                 **ORDER**
                                             19-CV-2052 (RJD) (PK)

SAFEWAY CONSTRUCTION ENTERPRISES,
INC, and SCSC ENTERPRISES INC.,
and STEVE CESTARO, individually,
and RAYMOND CESTARO, individually,

                       Defendants.
------------------------------------------------------- x
DEARIE, District Judge

       On October 14, 2021, Magistrate Judge Kuo recommended that opt-in Plaintiff Elby Chalupa's motion to withdraw as an opt-in plaintiff be granted. The Court appreciates Judge Kuo's thoughtful inquiry and, without objections, adopts her Recommendation without qualification. Plaintiff Chalupa's motion to withdraw from the action is granted.

SO ORDERED.

Dated: Brooklyn, New York                    /s/ Raymond J. Dearie
       December 2, 2021                      RAYMOND J. DEARIE
                                                United States District Judge