UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
GREG EGAN AND PAUL TAVOLILLA, on
behalf of themselves, individually, and on
behalf of all others similarly situated,

                        Plaintiff,

        - against -                                  **ORDER**
                                                      19-CV-2052 (RJD) (PK)

SAFEWAY CONSTRUCTION ENTERPRISES,
INC, and SCSC ENTERPRISES INC.,
and STEVE CESTARO, individually,
and RAYMOND CESTARO, individually,

                        Defendants.
------------------------------------------------------------ x
DEARIE, District Judge

       On January 14, 2022, Magistrate Judge Kuo recommended that the Motion to Dismiss the Claims of Opt-In Plaintiffs Robert Smerina, Damian Novelli, and Oscar Diaz be granted. The Court thanks Judge Kuo for her inquiry into this motion. Without objections, the Court adopts the Report & Recommendation in full. The motion of plaintiffs Smerina, Novelli, and Diaz to withdraw from this action is granted.

SO ORDERED.

Dated:  Brooklyn, New York                     /s/ Raymond J. Dearie
           February 7, 2022                      RAYMOND J. DEARIE
                                                    United States District Judge