

**Jacquelyn J. Moran**
Partner
Direct Dial: (516) 880-7227
Email: jmoran@moritthock.com

January 24, 2023

**VIA ECF**

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: **Egan et al. v. Safeway Construction Enterprises, Inc., et al.**
      **Docket No. 19-cv-02052 (RPK)(PK)**

Dear Judge Kuo:

  Moritt Hock & Hamroff LLP and Borrelli & Associates, P.L.L.C. represent Plaintiffs in the above-referenced action. In accordance with your directive on October 19, 2023, we submit this letter jointly with counsel for Defendants to update the Court regarding the results of the mediation.

  We are pleased to report that the parties reached a settlement in principle during the mediation. The parties are working diligently to finalize the settlement. Accordingly, the parties request that the deadline for filing the joint motion for the approval of the settlement be set for March 25, 2024.

  We thank the Court for its attention to this matter.

                Respectfully submitted,

                *Jacquelyn J. Moran*

                Jacquelyn J. Moran

JJM/jey

400 Garden City Plaza, Garden City, New York 11530  |  P: 516.873.2000  |  F: 516.873.2010  |  www.moritthock.com
3479367v1